UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LUIS GUILLERMO RAMOS GARCIA,

Plaintiff,

v.

CUSTOM BUILDING PRODUCTS, LLC,

Defendant.

No. 2:25-cv-03333-DAD-SCR

ORDER REMANDING ACTION TO THE SAN JOAQUIN COUNTY SUPERIOR COURT PURSUANT TO THE STIPULATION OF THE PARTIES

(Doc. No. 20)

On August 25, 2026, the parties stipulated to the remand of this action to the San Joaquin County Superior Court, where this action was originally filed. (Doc. No. 20.) Accordingly, pursuant to the parties' stipulation and good cause appearing, this action is REMANDED to the San Joaquin County Superior Court. All future dates and deadlines set in this action, if any, are hereby VACATED. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **September 1, 2026**

Dale A. Drozd

DALE A. DROZD
UNITED STATES DISTRICT JUDGE